IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DAVID ERNESTO ORTIZ,                        *

              Petitioner,          *

v.                                              Case No.  4:25-cv-202 (CDL)

                                   *

Warden, STEWART DETENTION CENTER, et
al.,                                        *

              Respondents.         *

_____

## J U D G M E N T

Pursuant to this Court's Order dated 5/7/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 8th day of May, 2026.

David W. Bunt, Clerk


s/ Elizabeth S. Long, Deputy Clerk